UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. BALLESTRASSE,<br>        Plaintiff.<br>   v.<br>UNITED STATES OF AMERICA,<br>        Defendant. | Case No. 23-cv-05185-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 7, 2024, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 17, 2024, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 7, 2024, for failure to prosecute, and for failure to comply with the Court's Order of April 9, 2024.  A case management conference is also scheduled for **July 17, 2024**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  June 10, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge